IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **DAWNA MALLOW,** | **MDL 2327** |
| **Plaintiff,** | **NO. 2:16-cv-08013** |
| v. | |
| **ETHICON, INC., JOHNSON & JOHNSON, AMERICAN MEDICAL SYSTEMS, INC.,** | |
| **Defendants.** | |

### JOINT MOTION TO DISMISS DEFENDANT
### AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiff in the above-captioned case and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiff and AMS jointly move the court to dismiss AMS as a defendant in this action with prejudice, and terminate AMS from the docket in this action, parties to bear their own costs.

Respectfully:

s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

<u>/s/ Robert J. Talaska</u>
Robert J. Talaska
THE TALASKA LAW FIRM
442 Heights Boulevard
Houston, TX 77007
713.869.1240 (phone)
713.869.1465 (fax)
rjt@ttlf.com
*Attorney for Plaintiff*


Dated: April 25, 2019

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

    /s/ Barbara R. Binis