# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | MDL 2327 |
| THIS DOCUMENT RELATES TO CASES ON EXHIBIT A | |

# ORDER

Pending in the cases on Exhibit A is Defendants' Motion for Leave to File *Daubert* and Dispositive Motions for Wave 12, filed September 23, 2019. The cases on Exhibit A reside in Ethicon Wave 12 or, in one case, in AMS Wave 6. Both waves contain the same *Daubert* and dispositive deadlines in their respective pretrial orders. Defendants seek leave to file *Daubert* and dispositive motions by the deadlines contained in their applicable pretrial orders. The deadlines for filing *Daubert* and dispositive motions have not yet run in the cases on Exhibit A, and the parties did not file *Daubert* or dispositive motions while the cases on Exhibit A were subject to previous wave deadlines. Pursuant to the applicable pretrial orders for Ethicon Wave 12 and AMS Wave 6, the defendants' Motion is unnecessary, and the court **ORDERS** that the Motion is **DENIED.**

The Clerk is directed to file a copy in each individual action on Exhibit A and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 24, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

*Bauer et al. v. Ethicon, Inc. et al.* **2:14-cv-08564**
*Dorgan et al. v. Ethicon, Inc. et al.* **2:12-cv-03159**
*Graves et al. v. Ethicon, Inc. et al.* **2:12-cv-07177**
*Hogge et al. v. Ethicon, Inc. et al.* **2:12-cv-07873**
*Jones et al. v. Ethicon, Inc. et al.* **2:13-cv-15410**
*King v. Ethicon, Inc. et al.* **2:17-cv-02161**
*Lopez et al. v. Ethicon, Inc. et al.* **2:13-cv-16036**
*Mallow v. Ethicon, Inc. et al.* **2:16-cv-08013**
*Moe et al. v. Ethicon, Inc. et al.* **2:13-cv-26408**
*Morreira v. Ethicon, Inc. et al.* **2:13-cv-01950**
*Postil v. Ethicon, Inc. et al.* **2:12-cv-09486**
*Rusciano v. Ethicon, Inc. et al.* **2:13-cv-13073**
*Skinner et al. v. Ethicon, Inc. et al.* **2:15-cv-07789**