# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) DAWNA MALLOW,<br><br>       Plaintiffs,<br><br>vs.<br><br>1) ETHICON, INC., et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:20-cv-01172-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to the United States District Court for the Western District of Oklahoma Local Rule LCvR83.5, Defendants Ethicon, Inc. and Johnson & Johnson hereby move to withdraw the appearance of the following attorneys in this matter:

Andrew David Tharp
Butler Snow
150 Third Avenue South, Suite 1600
Nashville, TN 37201

and

David B. Thomas
Susan M. Robinson
Thomas Combs & Spann
P.O. Box 3824
Charleston, WV 25338-3824

and

William M. Gage
Butler Snow, LLP
P.O. Box 6010
Ridgeland, MS 39158-6010

The attorneys listed above served as counsel for Defendants in MDL No. 2327, *In Re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation* before Judge Joseph R. Goodwin in the Southern District of West Virginia. Because Judge Goodwin transferred this matter to the Western District of Oklahoma, new local counsel has been retained and has appeared. Accordingly, Defendants move this Court to withdraw the appearances of Andrew David Tharp, David B. Thomas, Susan M. Robinson, and William M. Gage.

The relief requested will not cause Defendants any prejudice, and the withdrawal will not leave the Defendants without counsel. Larry D. Ottaway and Amy Sherry Fischer, of Foliart, Huff, Ottaway & Bottom will continue to represent Defendants in this matter.

Dated:  November 23, 2020           Respectfully submitted,

*s/Amy Sherry Fischer*
Larry D. Ottaway-OBA# 6816
Amy Sherry Fischer-OBA# 16651
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

3

## CERTIFICATE OF SERVICE

[X] I hereby certify that on this 23rd day of November, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

>Robert J. Talaska
>The Talaska Law Firm
>442 Heights Boulevard
>Houston, TX 77007
>713-869-1240
>Fax:  713-869-1465
>Email:  rjt@ttlf.com

*Attorneys for Plaintiff*

[X] I hereby certify that on this 23rd day of November, 2020, I filed the attached document with the Clerk of the Court and served the attached document via United States postal service, postage prepaid, on the following, who are not registered participants of the ECF System:

>Laura J. Baughman
>Martin Baughman
>3710 Rawlins Street, Suite 1230
>Dallas, TX 75219
>214-761-6614
>Fax:  217-744-7590
>Email:  lbaughman@martinbaughman.com

>Raymond L. Panneton
>The Talaska Law Firm
>442 Heights Boulevard
>Houston, TX 77007
>713-869-1240
>Fax:  713-869-1465
>Email:  ray@ttlf.com

*Attorneys for Plaintiff*

>*s/Amy Sherry Fischer*
>Amy Sherry Fischer